UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON BEAVER,

                    Plaintiff,

        v.

LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

                    Defendant.

CASE NO. 2:19-cv-00717-JCC

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff

may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 15th day of May, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge