THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON BEAVER, | CASE NO. C19-0717-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant to respond to Plaintiff's complaint (Dkt. No. 9). Finding good cause, the motion is GRANTED. Defendant shall file an answer or otherwise respond to Plaintiff's complaint no later than August 19, 2019.

DATED this 18th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0717-JCC
PAGE - 1